# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 25mj2864/25CR1919 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Erik Giovanny Solaris Colin | Booking No. 25303506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of   6/6/25

the Court entered the following order:

| | |
|---|---|
| X | Defendant be released from custody. |
| x | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| | Defendant released on _____ Bond posted. |
| | Defendant appeared in Court.  FINGERPRINT & RELEASE. |
| | Defendant remanded and ( ____ bond ) ( ____ bond on appeal ) exonerated. |
| x | Defendant sentenced to TIME SERVED, supervised release for   0   years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| X | Other. 8:1326 felony charge dismissed; Defendant sentenced on 8:1325 (Misdemeanor). |

KAREN S. CRAWFORD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   Erica Fry  x. 2923

Crim-9 (Rev. 09/23)
Original


 Outlook

## Read: 25mj2864 Abstract for Erik Giovanny Solaris Colin

**From** Garcia, Melissa (USMS) <
on behalf of
CAS Releases

**Date** Fri 6/6/2025 1:08 PM

**To** Erica Fry <Erica_Fry@casd.uscourts.gov>

1 attachment (78 KB)
Read: 25mj2864 Abstract for Erik Giovanny Solaris Colin ;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.